## HERSHEY v. THE CITY OF MUSCATINE.

Taxes: CITY OUT LOTS: CASE FOLLOWED. The case of *Butler* v. *The City of Muscatine*, 11 Iowa, 433, as to the liability to taxation of lots outside of the old, but within the new city limits of Muscatine, not used for agricultural purposes and benefited by the city government, followed and approved.

*Appeal from Muscatine District Court.*

FRIDAY, APRIL 19.

For facts, see opinion.

*Richman & Carskadden, Cloud & Broomhall* for the appellant.

*W. F. Brannon* for the appellee.

LOWE, Ch. J. — Another application in chancery to restrain the defendant from assessing and collecting a general municipal tax on property situated between the old and new or enlarged city limits. The map accompanying the transcript, exhibits its locality and surroundings, and at once settles the question of its liability to taxation for the purpose named. It has no claim for exemption that does not exist, with equal, if not stronger force, for the plaintiff in the case of *Butler* v. *The City of Muscatine*, 11 Iowa, 433. Upon the authority of this case and the rules which we have since established in a number of similar cases, we affirm the order below.

<span style="margin">TAXES: city out lots: case followed.</span>

In the plaintiff's petition, there is a charge of other irregularities in the collection and expenditure of the city taxes, which is denied in the answer and not supported by any testimony whatever so far as the record shows.

Affirmed.